Alfred E. Kahn, appellee, v. Walter Starck, appellant. Gen. No. 36,252.

Opinion filed October 25, 1933.

Joseph H. Hinshaw, for appellant; Oswell G. Treadway, of counsel. No appearance for appellee.

Mr. Presiding Justice Hall delivered the opinion of the court.

Harrisburg Coal Mining Company, complainant below, v. Ender Coal and Coke Company, defendants below.

The People of the State of Illinois, appellee, v. John H. Evans, appellant. Gen. No. 36,265.

Opinion filed October 25, 1933. Rehearing denied November 7, 1933.

William A. Rogan, for appellant. Kirkland, Fleming, Green & Martin, for appellee; Howard Ellis, William H. Symmes and J. B. Martineau, Jr., of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.

Henry P. Johnson and John J. Johnson, trading as Johnson Brothers Coal Company, appellees, v. Charles Alekno and Olga Alekno, appellants. Gen. No. 36,274.

Opinion filed October 25, 1933.

J. P. Waitches, for appellants. · Kirkland, Fleming, Green & Martin, for appellees.

Mr. Presiding Justice Hall delivered the opinion of the court.

Avedis Bogosian, administrator of the estate of Hasadoor Manoogian, deceased, appellant, v. American Express Company, appellee. Gen. No. 36,283.

Opinion filed October 25, 1933.

Novak & Turek, for appellant. Tenney, Harding, Sherman & Rogers, for appellee; Roger R. Leech and William W. Miller, of counsel.

Mr. Presiding Justice Hall delivered the opinion of the court.